PS 8 Revised 07
MD/TN Revised 10/10

☐ Interpreter Required

# UNITED STATES DISTRICT COURT
## for the
## MIDDLE DISTRICT OF TENNESSEE

U.S.A. vs. __Lolethia Muse__      Docket No. __3:10-CR-00064-002__

## Petition for Action on Conditions of Pretrial Release

COMES NOW __Laminta G. Poe__, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant __Lolethia Muse__ who was placed under pretrial release supervision by the Honorable Judge Joe Brown, U.S. Magistrate Judge sitting in the Court at __Nashville, Tennessee__, on __July 14, 2014__, under the following conditions: Please see attached Order setting Conditions of Release.

Respectfully presenting petition for action of Court and for cause as follows:
Please reference page two of this document.

I declare under penalty of perjury that the foregoing is true and correct.

| Laminta G. Poe | Nashville, TN | August 15, 2014 |
|---|---|---|
| U.S. Pretrial Services Officer | Place: | Date: |

**Next Scheduled Court Event**    Trial    September 23, 2014
                                    Event                         Date

## PETITIONING THE COURT

☒ No Action ☐ To issue an order setting a hearing on the petition
☐ To Issue a Warrant ☐ Other

THE COURT ORDERS:
☒ No Action ☐ A Hearing on the Petition is set for
☐ The Issuance of a Warrant.
    ☐ Sealed Pending Warrant Execution
      (cc: U.S. Probation and U.S. Marshals only)    Date        Time
☐ Other

Considered and ordered this __22nd__ day of __August__, __2014__, and ordered filed and made a part of the records in the above case.

_Joe B Brown_
Joe Brown
U.S. Magistrate Judge

Petition for Action on
MUSE, Lolethia
Docket: 3:13CR-00056-003

On April 8, 2010, Lolethia Muse appeared before Your Honor for an Initial Appearance charged with violating 21 U.S.C. § 846, Conspiracy to Possess 50 Grams or More of Cocaine and a Quantity of Cocaine with Intent to Distribute; 21 U.S.C. § 856(a)(2), Maintaining Drug Involved Premises; 18 U.S.C. § 641, Theft of Public Money; and 18 U.S.C. § 1001(a)(2) False Statements. A detention hearing was held on April 12, 2010, in which she was detained. On July 14, 2010, an emergency detention review hearing was held. On July 16, 2010, the defendant was released to pretrial services supervision, after home inspection, with the conditions listed in the attached Order Setting Conditions of Release.

**VIOLATIONS:**

On June 5, 2014 and July 16, 2014, the defendant received citations in Davidson County for the charge of Driving on a Suspended License. The defendant reported each incident to her Pretrial Services Officer in a timely manner.

**Probation Officer's Actions:**

The defendant has been verbally admonished for violating conditions of release. She has been advised should this conduct continue it could lead to adverse action by the Court. The Court will be notified of any future violations.

**Respectfully Petitioning the Court as Follows:**

The U.S. Probation and Pretrial Services Office would respectfully request that no action be taken at this time. The U.S. Attorney's Office has no objection.

Approved: _____
Vidette Putman
Supervising U.S. Probation Officer

cc: AUSA Sunny Koshy
Defense counsel, Deanna Johnson

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

| | |
|---|---|
| United States of America )<br>v. )<br>**Lolethia Muse** )<br>*Defendant* ) | Case No. 3:10cr064-02 |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

*JdM* (1) The defendant must not violate any federal, state or local law while on release.

*JdM* (2) The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

*JdM* (3) The defendant must immediately advise the court, defense counsel, and the U.S. attorney in writing before any change in address or telephone number.

*JdM* (4) The defendant must appear in court as required and must surrender to serve any sentence imposed

The defendant must appear at *(if blank, to be notified)* Courtroom 873, U.S. Courthouse, 801 Broadway, Nashville
*Place*
Aug. 31, 2010 at 9:00 am for trial.
*Date and Time*

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released on condition that:

( ✔ ) (5) The defendant promises to appear in court as required and surrender to serve any sentence imposed.

( ) (6) The defendant executes an unsecured bond binding the defendant to pay to the United States the sum of
_____ dollars ($ _____ )
in the event of a failure to appear as required or surrender to serve any sentence imposed.

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (i.e., in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

*Defendant's Signature*

*City and State*

### Directions to the United States Marshal

(X) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 7/15/10

*Judicial Officer's Signature*

U.S. District Judge

*Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the defendant's appearance and the safety of other persons or the community, IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (7) The defendant is placed in the custody of:
Person or organization __Laura Chatman__
Address *(only if above is an organization)* __2734 Oakwood Avenue__
City and state __Nashville, TN 37207__                                 Tel. No. *(only if above is an organization)*

who agrees (a) to supervise the defendant in accordance with all of the conditions of release, (b) to use every effort to assure the defendant's appearance at all scheduled court proceedings, and (c) to notify the court immediately if the defendant violates any condition of release or disappears.

Signed: __Laura Chatman__ __7-14-10__
                    *Custodian or Proxy*                    *Date*

( )(8) The defendant must:
(X) (a) report to the __U.S. Pretrial Services as directed__.
        telephone number _____, no later than _____.
( ) (b) execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property:

( ) (c) post with the court the following proof of ownership of the designated property, or the following amount or percentage of the above-described sum

( ) (d) execute a bail bond with solvent sureties in the amount of $
(X) (e) maintain or actively seek employment.
( ) (f) maintain or commence an education program.
( ) (g) surrender any passport to:
( ) (h) obtain no passport.
(X) (i) abide by the following restrictions on personal association, place of abode, or travel: __restricted to the Middle District of Tennessee__.
( ) (j) avoid all contact, directly or indirectly, with any person who is or may become a victim or potential witness in the investigation or prosecution, including but not limited to:

( ) (k) undergo medical or psychiatric treatment:

( ) (l) return to custody each (week) day at _____ o'clock after being released each (week) day at _____ o'clock for employment, schooling, or the following purpose(s):

( ) (m) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
(X) (n) refrain from possessing a firearm, destructive device, or other dangerous weapons.
(X) (o) refrain from (X) any ( ) excessive use of alcohol.
(X) (p) refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
(X) (q) submit to any testing required by the pretrial services office or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is (are) required as a condition of release.
(X) (r) participate in a program of inpatient or outpatient substance abuse therapy and counseling if the pretrial services office or supervising officer considers it advisable.
( ) (s) participate in one of the following location monitoring program components and abide by its requirements as the pretrial services officer or supervising officer instructs.
    ( ) (i) Curfew. You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
    ( ) (ii) Home Detention. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the pretrial services office or supervising officer; or
    ( ) (iii) Home Incarceration. You are restricted to 24-hour-a-day lock-down except for medical necessities and court appearances or other activities specifically approved by the court.
( ) (t) submit to the location monitoring indicated below and abide by all of the program requirements and instructions provided by the pretrial services officer or supervising officer related to the proper operation of the technology.
    ( ) The defendant must pay all or part of the cost of the program based upon your ability to pay as the pretrial services office or supervising officer determines.

    ( ) (i) Location monitoring technology as directed by the pretrial services office or supervising officer;
    ( ) (ii) Radio Frequency (RF) monitoring;
    ( ) (iii) Passive Global Positioning Satellite (GPS) monitoring;
    ( ) (iv) Active Global Positioning Satellite (GPS) monitoring (including "hybrid" (Active/Passive) GPS);
    ( ) (v) Voice Recognition monitoring.
(X) (u) __report within 48 hours, to pretrial services office or supervising officer a contact with any law enforcement personnel, including, but not limited to any arrest, questioning, or traffic stop.__

DISTRIBUTION:  COURT   DEFENDANT   PRETRIAL SERVICES   U.S. ATTORNEY   U.S. MARSHAL

(X) (v) __Permit the pretrial services officer(s) to visit you at any time at home or elsewhere and permit confiscation of any contraband observed in plain view by the officer(s).__

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA v. Lolethia Muse  NO. 3:10cr064-02

*********************************************

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release to a third-party custodian will assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the following condition:

**The defendant is placed in the third-party custody of:**

(Name of Person or Organization) Laura Chatman

(Street Address) 2734 Oakwood Avenue

(City, State, Zip Code) Nashville, TN 37207

(Tel. Nos., Work and Home)   Work: 
                              Home: 615-227-2637
                              Cell:

who agree(s) (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the Court immediately in the event the defendant violates any condition of release or disappears.

By affixing my(our) signatures hereto, I(we), the above-designated third-party custodian(s), understand that my(our) failure to abide by this agreement may subject me(us) to contempt of court proceedings.

7-14-10                    Laura Chatman
Date                       Third-Party Custodian


                           Third-Party Custodian
It is so ORDERED.          _____
                           UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 3:10-00064 |
| | ) Judge Trauger |
| [2] LOLETHIA MUSE | ) |

## ORDER

It is hereby **ORDERED** that Laura Chatman, who has served as third-party custodian for the defendant (Docket No. 75), is hereby **REMOVED** as third-party custodian for this defendant, who is now living on her own with her children.

It is so **ORDERED**.

ENTER this 2nd day of February 2012.

ALETA A. TRAUGER
U.S. District Judge

RECEIVED
FEB 03 2012
U.S. PROBATION &
PRETRIAL SERVICES
M/D TENNESSEE